# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
HAWRYSKO, LUCILLE § Case No. 07-16034
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/03/2007 . The undersigned trustee was appointed on 09/04/2007 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 32,311.23 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 4,437.50 |
| Bank service fees | | 204.10 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 27,669.63 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/31/2008 and the deadline for filing governmental claims was 10/31/2008 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,580.54 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,580.54 , for a total compensation of $ 3,580.54 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/21/2012            By:/s/MICHAEL G. BERLAND
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 07-16034 BL   Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | HAWRYSKO, LUCILLE | Date Filed (f) or Converted (c): | 09/03/07 (f) |
| | | 341(a) Meeting Date: | 10/11/07 |
| For Period Ending: | 09/21/12 | Claims Bar Date: | 10/31/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Harris checking-scheduled | 100.00 | 0.00 | | 0.00 | FA |
| 2. Household goods-scheduled | 500.00 | 0.00 | | 0.00 | FA |
| 3. Basseball card collection-scheduled | 600.00 | 0.00 | | 0.00 | FA |
| 4. Clothing-scheduled | 300.00 | 0.00 | | 0.00 | FA |
| 5. Annuity-scheduled | 27,860.00 | Unknown | | 32,299.02 | Unknown |
| 6. Pension-scheduled | Unknown | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 12.21 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $29,360.00 | $0.00 | | $32,311.23 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee hired special counsel in connection with a non-exempt annuity. The Trustee is collecting the annuity but should be able to file a Final Report in 2013..

Initial Projected Date of Final Report (TFR): 12/31/12    Current Projected Date of Final Report (TFR): 12/31/13

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 07-16034 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | HAWRYSKO, LUCILLE | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******9565 Money Market Account |
| Taxpayer ID No: | *******7328 | | | |
| For Period Ending: | 09/21/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312171209565 | Wire in from JPMorgan Chase Bank, N.A. account 312171209565 | 9999-000 | 10,522.13 | | 10,522.13 |
| 04/23/10 | 5 | Aviva Life | Payment of annuity DEPOSIT CHECK #939203 | 1129-000 | 598.13 | | 11,120.26 |
| 04/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.51 | | 11,120.77 |
| 05/24/10 | 5 | Aviva Life | Payment of monthly annuity DEPOSIT CHECK #945906 | 1129-000 | 598.13 | | 11,718.90 |
| 05/28/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.66 | | 11,719.56 |
| 06/18/10 | 5 | Aviva Life | Payment of monthly annuity DEPOSIT CHECK #952766 | 1129-000 | 598.13 | | 12,317.69 |
| 06/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.69 | | 12,318.38 |
| 07/26/10 | 5 | Aviva Life Insurance | Payment of annuity DEPOSIT CHECK #962658 | 1129-000 | 598.13 | | 12,916.51 |
| 07/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.74 | | 12,917.25 |
| 08/24/10 | 5 | Aviva Life | Payment of monthly annuity DEPOSIT CHECK #968716 | 1129-000 | 598.13 | | 13,515.38 |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.76 | | 13,516.14 |
| 09/20/10 | 5 | Aviva Life Insurance | Payment of monthly annuity DEPOSIT CHECK #978087 | 1129-000 | 598.13 | | 14,114.27 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 14,114.37 |
| 10/25/10 | 5 | Aviva Life & Annuity | Payment of monthly annuity DEPOSIT CHECK #986833 | 1129-000 | 598.13 | | 14,712.50 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 14,712.60 |
| 11/22/10 | 5 | Aviva Life & Annuity | Payment of monthy annuity DEPOSIT CHECK #992798 | 1129-000 | 598.13 | | 15,310.73 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 15,310.84 |
| 12/28/10 | 5 | Aviva Life | Payment of monthly annuity DEPOSIT CHECK #1004263 | 1129-000 | 598.13 | | 15,908.97 |

Page Subtotals      15,908.97           0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 07-16034 -BL | Trustee Name: | MICHAEL G. BERLAND |
| --- | --- | --- | --- |
| Case Name: | HAWRYSKO, LUCILLE | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******9565 Money Market Account |
| Taxpayer ID No: | *******7328 | | |
| For Period Ending: | 09/21/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 15,909.10 |
| 01/21/11 | 5 | Aviva Life & Annuity | Payment of monthly annuity DEPOSIT CHECK #1010703 | 1129-000 | 598.13 | | 16,507.23 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,507.36 |
| 02/21/11 | 5 | Aviva Life | Monthly payment on annuity DEPOSIT CHECK #1017957 | 1129-000 | 598.13 | | 17,105.49 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 17,105.61 |
| 03/20/11 | 5 | Aviva Life & Annuity | Monthly annuity payment DEPOSIT CHECK #102645 | 1129-000 | 598.13 | | 17,703.74 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,703.88 |
| 04/22/11 | 5 | Aviva Life & Annuity | Payment of monthly annuity DEPOSIT CHECK #1034848 | 1129-000 | 598.13 | | 18,302.01 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 18,302.15 |
| 05/23/11 | 5 | Aviva Life | Payment of anunuity DEPOSIT CHECK #1040902` | 1129-000 | 598.13 | | 18,900.28 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 18,900.43 |
| 06/16/11 | 5 | Aviva life Insurance | Payment for annuity DEPOSIT CHECK #1048631 | 1129-000 | 598.13 | | 19,498.56 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 19,498.71 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,498.87 |
| 08/01/11 | 5 | Aviva Life & Annuity | Monthly payment of annuity DEPOSIT CHECK #1058805 | 1129-000 | 598.13 | | 20,097.00 |
| 08/22/11 | 5 | Aviva Life & Annuity | Payment of annuity DEPOSIT CHECK #1062741 | 1129-000 | 598.13 | | 20,695.13 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,695.30 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 46.92 | 20,648.38 |
| 09/07/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -21.92 | 20,670.30 |
| 09/25/11 | 5 | Aviva Life & Annuity | Payment of monthly annuity DEPOSIT CHECK #1072438 | 1129-000 | 598.13 | | 21,268.43 |

Page Subtotals  5,384.46  25.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-16034 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | HAWRYSKO, LUCILLE | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******9565  Money Market Account |
| Taxpayer ID No: | *******7328 | | |
| For Period Ending: | 09/21/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 21,268.60 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 42.59 | 21,226.01 |
| 10/24/11 | 5 | Aviva Life & Annuity | Payment of annuity DEPOSIT CHECK #1077910 | 1129-000 | 598.13 | | 21,824.14 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 21,824.32 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 42.32 | 21,782.00 |
| 11/17/11 | 5 | Aviva Life & Annuity | Payment of monthly amnuity DEPOSIT CHECK #1085962 | 1129-000 | 598.13 | | 22,380.13 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 22,380.31 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 48.23 | 22,332.08 |
| 12/24/11 | 5 | Aviva Life & Annuity | Payment of monthly annuity DEPOSIT CHECK #1095233 | 1129-000 | 598.13 | | 22,930.21 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 22,930.40 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 45.96 | 22,884.44 |
| 01/19/12 | 5 | Aviva Life & Annuity | Payment of monthly annuity DEPOSIT CHECK #1095233 | 1129-000 | 598.13 | | 23,482.57 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 23,482.72 |
| 01/25/12 | | Transfer to Acct #*******4935 | Bank Funds Transfer | 9999-000 | | 23,482.72 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 23,686.82 | 23,686.82 | 0.00 |
| Less: Bank Transfers/CD's | 10,522.13 | 23,482.72 | |
| Subtotal | 13,164.69 | 204.10 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 13,164.69 | 204.10 | |

Page Subtotals    2,393.39    23,661.82

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit B

| | |
|---|---|
| Case No: | 07-16034 -BL |
| Case Name: | HAWRYSKO, LUCILLE |
| Taxpayer ID No: | *******7328 |
| For Period Ending: | 09/21/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******9566 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals  0.00  0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-16034 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | HAWRYSKO, LUCILLE | Bank Name: | JPMorgan Chase Bank, N.A. |
| | | Account Number / CD #: | *******9565 Money Market Account |
| Taxpayer ID No: | *******7328 | | |
| For Period Ending: | 09/21/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/17/08 | 5 | Aviva Life Insurance | Payment of annuity DEPOSIT CHECK #716823 | 1129-000 | 598.13 | | 598.13 |
| 04/30/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.02 | | 598.15 |
| 05/05/08 | 5 | Aviva Life insurance | Payament of annuity DEPOSIT CHECK #720693 | 1129-000 | 598.13 | | 1,196.28 |
| 05/30/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.13 | | 1,196.41 |
| 06/02/08 | 5 | Aviva Life insurance | Payment of monthly annuity DEPOSIT CHECK #73701 | 1129-000 | 598.13 | | 1,794.54 |
| 06/25/08 | 5 | Aviva Life Insurance | Payment of monthly annuity DEPOSIT CHECK #738907 | 1129-000 | 598.13 | | 2,392.67 |
| 06/30/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.22 | | 2,392.89 |
| 07/29/08 | 5 | Aviva Life Insurance | Payment of annuity DEPOSIT CHECK #747082 | 1129-000 | 598.13 | | 2,991.02 |
| 07/31/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.30 | | 2,991.32 |
| 08/29/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.35 | | 2,991.67 |
| 09/10/08 | 5 | Aviva Life Insurance | Payment of monthly annuity DEPOSIT CHECK #764245 | 1129-000 | 598.13 | | 3,589.80 |
| 09/22/08 | 5 | Aviva Life Insurance | Annuity payment DEPOSIT CHECK #767475 | 1129-000 | 598.13 | | 4,187.93 |
| 09/30/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.45 | | 4,188.38 |
| 10/27/08 | 5 | Aviva Life Insurance | Payment of monthly annuity DEPOSIT CHECK #778455 | 1129-000 | 598.13 | | 4,786.51 |
| 10/31/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.46 | | 4,786.97 |
| 11/24/08 | 5 | Aviva Life insurance | Payment of monthly annuity DEPOSIT CHECK #785758` | 1129-000 | 598.13 | | 5,385.10 |
| 11/28/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.38 | | 5,385.48 |
| 12/22/08 | 5 | Avive Life | Payment of annuity DEPOSIT CHECK #795136 | 1129-000 | 598.13 | | 5,983.61 |
| | | | Page Subtotals | | 5,983.61 | 0.00 | |

LFORM24  UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Ver: 16.06f

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6
Exhibit B

| Case No: | 07-16034 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | HAWRYSKO, LUCILLE | Bank Name: | JPMorgan Chase Bank, N.A. |
| | | Account Number / CD #: | *******9565 Money Market Account |
| Taxpayer ID No: | *******7328 | | |
| For Period Ending: | 09/21/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/23/08 | 001001 | Grochocinski, Grochocinski & Lloyd | Payment of attorney fee per court order | 3210-600 | | 3,937.50 | 2,046.11 |
| 12/31/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.37 | | 2,046.48 |
| 01/23/09 | 5 | Aviva Life insurance | Payment of monthly annuity DEPOSIT CHECK #805774 | 1129-000 | 598.13 | | 2,644.61 |
| 01/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 2,644.69 |
| 02/24/09 | 5 | Aviva Life | Payment of annuity DEPOSIT CHECK #815997 | 1129-000 | 598.13 | | 3,242.82 |
| 02/27/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.10 | | 3,242.92 |
| 03/23/09 | 5 | Aviva Life | Payment of monthly annuity DEPOSIT CHECK #824599 | 1129-000 | 598.13 | | 3,841.05 |
| 03/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.14 | | 3,841.19 |
| 04/13/09 | 001002 | Gloria Longest | Payment for preparation fo tax returns | 3410-000 | | 500.00 | 3,341.19 |
| 04/21/09 | 5 | Aviva Life Insurance | Payment of monthly annuity DEPOSIT CHECK #834881 | 1129-000 | 598.13 | | 3,939.32 |
| 04/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 3,939.47 |
| 05/26/09 | 5 | Aviva Life | Payment of annuity DEPOSIT CHECK #842888 | 1129-000 | 598.13 | | 4,537.60 |
| 05/29/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 4,537.75 |
| 06/18/09 | 5 | Aviva Life | Payment of annuity DEPOSIT CHECK #850311 | 1129-000 | 598.13 | | 5,135.88 |
| 06/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 5,136.08 |
| 07/23/09 | 5 | Aviva Life Insurance | Payment of monthly annuity DEPOSIT CHECK #862238 | 1129-000 | 598.13 | | 5,734.21 |
| 07/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 5,734.43 |
| 08/20/09 | 5 | Aviva Life | Payment of annuity DEPOSIT CHECK #868730` | 1129-000 | 598.13 | | 6,332.56 |
| 08/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.24 | | 6,332.80 |

Page Subtotals  4,786.69  4,437.50

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 7
Exhibit B

| Case No: | 07-16034 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | HAWRYSKO, LUCILLE | Bank Name: | JPMorgan Chase Bank, N.A. |
| | | Account Number / CD #: | *******9565 Money Market Account |
| Taxpayer ID No: | *******7328 | | |
| For Period Ending: | 09/21/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/21/09 | 5 | Aviva Life Insurance | Payment of monthly annuity DEPOSIT CHECK #878565 | 1129-000 | 598.13 | | 6,930.93 |
| 09/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.26 | | 6,931.19 |
| 10/27/09 | 5 | Aviva Life Insurance | Payment of monthy annuity DEPOSIT CHECK #886065 | 1129-000 | 598.13 | | 7,529.32 |
| 10/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.28 | | 7,529.60 |
| 11/20/09 | 5 | Aviva Life Insurance | Payment of annuity DEPOSIT CHECK #893866 | 1129-000 | 598.13 | | 8,127.73 |
| 11/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.32 | | 8,128.05 |
| 12/18/09 | 5 | Aviva Life & Annuity Company | Payment of annuity DEPOSIT CHECK #904100 | 1129-000 | 598.13 | | 8,726.18 |
| 12/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.35 | | 8,726.53 |
| 01/25/10 | 5 | Aviva Life | Payment of annuity DEPOSIT CHECK #912671 | 1129-000 | 598.13 | | 9,324.66 |
| 01/29/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.34 | | 9,325.00 |
| 02/18/10 | 5 | Aviva Life | Payment of monthy disability DEPOSIT CHECK #919765 | 1129-000 | 598.13 | | 9,923.13 |
| 02/26/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.35 | | 9,923.48 |
| 03/19/10 | 5 | Aviva Life | Payment of monthly annuity DEPOSIT CHECK #598.13 | 1129-000 | 598.13 | | 10,521.61 |
| 03/31/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.45 | | 10,522.06 |
| 04/06/10 | INT | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% JPMORGAN CHASE BANK, N.A. | 1270-000 | 0.07 | | 10,522.13 |
| 04/06/10 | | Wire out to BNYM account 000171209565 | Wire out to BNYM account 000171209565 | 9999-000 | | 10,522.13 | 0.00 |

Page Subtotals 4,189.33 10,522.13

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-16034 -BL | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | HAWRYSKO, LUCILLE | Bank Name: | JPMorgan Chase Bank, N.A. |
| | | Account Number / CD #: | *******9565 Money Market Account |
| Taxpayer ID No: | *******7328 | | |
| For Period Ending: | 09/21/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 14,959.63 | 14,959.63 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 14,959.63 | 14,959.63 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 14,959.63 | 14,959.63 | |

Page Subtotals   0.00   0.00

UST Form 101-7-TFR (5/1/2011) (Page: 11)

Ver: 16.06f
LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-16034 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | HAWRYSKO, LUCILLE | | Bank Name: | JPMorgan Chase Bank, N.A. |
| | | | Account Number / CD #: | *******9566 Checking Account |
| Taxpayer ID No: | *******7328 | | | |
| For Period Ending: | 09/21/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals      0.00      0.00

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 07-16034 -BL | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | HAWRYSKO, LUCILLE | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******4935 Checking Account |
| Taxpayer ID No: | *******7328 | | |
| For Period Ending: | 09/21/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******9565 | Bank Funds Transfer | 9999-000 | 23,482.72 | | 23,482.72 |
| 02/16/12 | 5 | Aviva Life & Annuity | Payment of monthly annuity | 1129-000 | 598.13 | | 24,080.85 |
| 03/16/12 | 5 | Aviva Life & Annuity | Payment of monthly annuity | 1129-000 | 598.13 | | 24,678.98 |
| 04/23/12 | 5 | Aviva Liife & Annuity | | 1129-000 | 598.13 | | 25,277.11 |
| 05/18/12 | 5 | Aviva Life & annuity | | 1129-000 | 598.13 | | 25,875.24 |
| 06/18/12 | 5 | Aviva Life & Annuity | | 1129-000 | 598.13 | | 26,473.37 |
| * 06/18/12 | 001001 | Lucille Harwrysco | Payment of exemption | 8100-003 | | 3,000.00 | 23,473.37 |
| * 06/18/12 | 001002 | Lucille Hawrysco | | 8100-003 | | 3,000.00 | 20,473.37 |
| * 06/21/12 | 001001 | Lucille Harwrysco | Payment of exemption Used check 1002 and reversed check 1001 | 8100-003 | | -3,000.00 | 23,473.37 |
| 07/20/12 | 5 | Aviva Life & Annuity | | 1129-000 | 598.13 | | 24,071.50 |
| 08/16/12 | 5 | Aviva Life & Annuity | | 1129-000 | 598.13 | | 24,669.63 |
| * 09/12/12 | 001002 | Lucille Hawrysco | VOID | 8100-003 | | -3,000.00 | 27,669.63 |

| | COLUMN TOTALS | 27,669.63 | 0.00 | 27,669.63 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 23,482.72 | 0.00 | |
| | Subtotal | 4,186.91 | 0.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 4,186.91 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - *******9565 | 13,164.69 | 204.10 | 0.00 |
| Checking Account - *******9566 | 0.00 | 0.00 | 0.00 |
| Money Market Account - *******9565 | 14,959.63 | 14,959.63 | 0.00 |
| Checking Account - *******9566 | 0.00 | 0.00 | 0.00 |
| Checking Account - *******4935 | 4,186.91 | 0.00 | 27,669.63 |
| | 32,311.23 | 15,163.73 | 27,669.63 |

| | Page Subtotals | 27,669.63 | 0.00 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-16034 -BL | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | HAWRYSKO, LUCILLE | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******4935 Checking Account |
| Taxpayer ID No: | *******7328 | | |
| For Period Ending: | 09/21/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) (Excludes Account Transfers) | Disbursements ($) (Excludes Payments To Debtors) | Account / CD Balance ($) Total Funds On Hand |

| | | | | Page Subtotals | 0.00 | 0.00 | |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: September 21, 2012 | |
|---|---|---|---|---|---|---|
| Case Number: 07-16034 | | Claim Class Sequence | | | | |
| Debtor Name: HAWRYSKO, LUCILLE | | | | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| 999<br>8100-00 | Lucille Hawrysco | Administrative | | $0.00 | $3,000.00 | $3,000.00 |
| 999<br>8200-00 | LUCILLE HAWRYSKO<br>617 JOANNE DRIVE<br>MINOOKA, IL 60447 | Unsecured | | $0.00 | $0.00 | $1,005.86 |
| 1<br>610<br>7100-00 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $9,691.40 | $9,691.40 |
| 1I<br>640<br>7990-00 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $1,797.08 | $1,797.08 |
| 2<br>610<br>7100-00 | LVNV Funding LLC iasassignee of<br>Citibank, Resurgent Capital<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $0.00 | $2,505.29 | $2,505.29 |
| 2I<br>640<br>7990-00 | LVNV Funding LLC, assignee fo<br>Citibank,Resurgent Capital<br>pO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $0.00 | $464.56 | $464.56 |
| 3<br>610<br>7100-00 | Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | Unsecured | | $0.00 | $1,033.03 | $1,033.03 |
| 3I<br>640<br>7990-00 | Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | Unsecured | | $0.00 | $191.55 | $191.55 |
| 4<br>610<br>7100-00 | Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | Unsecured | | $0.00 | $2,300.32 | $2,300.32 |
| 4I<br>640<br>7990-00 | Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | Unsecured | | $0.00 | $426.55 | $426.55 |
| 5<br>620<br>7200-00 | eCAST Settlement Corporation<br>assignee of<br>HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark, NJ 07193-5480 | Unsecured | | $0.00 | $757.74 | $757.74 |
| 5I<br>640<br>7990-00 | eCAST Settlement Corporatio as<br>assitnee Of HSBC Nevada<br>POB 35480<br>Newark, NJ 07193-5480 | Unsecured | | $0.00 | $140.51 | $140.51 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 21, 2012 |
|---|---|---|---|---|---|---|
| Case Number: 07-16034<br>Debtor Name: HAWRYSKO, LUCILLE | | Claim Class Sequence | | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| | Case Totals: | | | $0.00 | $22,308.03 | $23,313.89 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-16034
Case Name: HAWRYSKO, LUCILLE
Trustee Name: MICHAEL G. BERLAND

Balance on hand                                $        27,669.63

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 3,580.54 | $ 0.00 | $ 3,580.54 |

Total to be paid for chapter 7 administrative expenses        $    3,580.54
Remaining Balance                                              $   24,089.09

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 15,530.04 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 9,691.40 | $ 0.00 | $ 9,691.40 |
| 2 | LVNV Funding LLC iasassignee of Citibank, Resurgent Capital<br>PO Box 10587<br>Greenville, SC 29603-0587 | $ 2,505.29 | $ 0.00 | $ 2,505.29 |
| 3 | Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | $ 1,033.03 | $ 0.00 | $ 1,033.03 |
| 4 | Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | $ 2,300.32 | $ 0.00 | $ 2,300.32 |

Total to be paid to timely general unsecured creditors       $       15,530.04

Remaining Balance                                            $        8,559.05

Tardily filed claims of general (unsecured) creditors totaling $ 757.74 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | eCAST Settlement Corporation assignee of HSBC Bank Nevada and its Assigns POB 35480 Newark, NJ 07193-5480 | $ 757.74 | $ 0.00 | $ 757.74 |

| | | |
|---|---|---|
| Total to be paid to tardy general unsecured creditors | $ | 757.74 |
| Remaining Balance | $ | 7,801.31 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 4.3 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 3,795.45 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 1,005.86 .