UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
HAWRYSKO, LUCILLE § Case No. 07-16034
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
|---|---|
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $       (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $     from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____ By:/s/MICHAEL G. BERLAND_____
                                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Lucille Hawrysco |  |  |  |
| LUCILLE HAWRYSKO |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| Grochocinski, Grochocinski & Lloyd | | | | | |
| Gloria Longest | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cap One Bk Po Box 85520 Richmond, VA 23285 | | | | | |
| | Fia Csna Po Box 17054 Wilmington, DE 19884 | | | | | |
| | Gemb/Jcp Po Box 984100 El Paso, TX 79998 | | | | | |
| | Gemb/Walmart Po Box 981400 El Paso, TX 79998 | | | | | |
| | Hfc Po Box 1547 Chesapeake, VA 23327 | | | | | |
| | Hsbc Nv Po Box 19360 Portland, OR 97280 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hsbc Nv Pob 19360 Portland, OR 97280 | | | | | |
| | Sears/Cbsd Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Sears/Cbsd Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| 3 | CAPITAL RECOVERY II | | | | | |
| 4 | CAPITAL RECOVERY II | | | | | |
| 1 | DISCOVER BANK/DFS SERVICES LLC | | | | | |
| 2 | LVNV FUNDING LLC IASASSIGNEE OF CIT | | | | | |
| 5 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| | CAPITAL RECOVERY II | | | | | |
| | CAPITAL RECOVERY II | | | | | |
| | DISCOVER BANK/DFS SERVICES LLC | | | | | |
| | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | LVNV FUNDING LLC IASASSIGNEE OF CIT | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 07-16034 | BL | Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|---|
| Case Name: | HAWRYSKO, LUCILLE | | | Date Filed (f) or Converted (c): | 09/03/07 (f) |
| | | | | 341(a) Meeting Date: | 10/11/07 |
| For Period Ending: | 11/22/13 | | | Claims Bar Date: | 10/31/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Harris checking-scheduled | 100.00 | 0.00 | | 0.00 | FA |
| 2. Household goods-scheduled | 500.00 | 0.00 | | 0.00 | FA |
| 3. Basseball card collection-scheduled | 600.00 | 0.00 | | 0.00 | FA |
| 4. Clothing-scheduled | 300.00 | 0.00 | | 0.00 | FA |
| 5. Annuity-scheduled | 27,860.00 | 0.00 | | 32,299.02 | FA |
| 6. Pension-scheduled | Unknown | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 12.21 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $29,360.00   $0.00   $32,311.23   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee hired special counsel in connection with a non-exempt annuity. The Trustee collected the annuity. The
Final report was recently filed and approved and the distribution shall be made to the creditros after approval at the
court hearing.

Initial Projected Date of Final Report (TFR): 12/31/12     Current Projected Date of Final Report (TFR): 12/31/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 07-16034 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | HAWRYSKO, LUCILLE | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******9565  Money Market Account |
| Taxpayer ID No: | *******7328 | | | |
| For Period Ending: | 11/22/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312171209565 | Wire in from JPMorgan Chase Bank, N.A. account 312171209565 | 9999-000 | 10,522.13 | | 10,522.13 |
| 04/23/10 | 5 | Aviva Life | Payment of annuity DEPOSIT CHECK #939203 | 1129-000 | 598.13 | | 11,120.26 |
| 04/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.51 | | 11,120.77 |
| 05/24/10 | 5 | Aviva Life | Payment of monthly annuity DEPOSIT CHECK #945906 | 1129-000 | 598.13 | | 11,718.90 |
| 05/28/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.66 | | 11,719.56 |
| 06/18/10 | 5 | Aviva Life | Payment of monthly annuity DEPOSIT CHECK #952766 | 1129-000 | 598.13 | | 12,317.69 |
| 06/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.69 | | 12,318.38 |
| 07/26/10 | 5 | Aviva Life Insurance | Payment of annuity DEPOSIT CHECK #962658 | 1129-000 | 598.13 | | 12,916.51 |
| 07/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.74 | | 12,917.25 |
| 08/24/10 | 5 | Aviva Life | Payment of monthly annuity DEPOSIT CHECK #968716 | 1129-000 | 598.13 | | 13,515.38 |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.76 | | 13,516.14 |
| 09/20/10 | 5 | Aviva Life Insurance | Payment of monthly annuity DEPOSIT CHECK #978087 | 1129-000 | 598.13 | | 14,114.27 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 14,114.37 |
| 10/25/10 | 5 | Aviva Life & Annuity | Payment of monthly annuity DEPOSIT CHECK #986833 | 1129-000 | 598.13 | | 14,712.50 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 14,712.60 |
| 11/22/10 | 5 | Aviva Life & Annuity | Payment of monthy annuity DEPOSIT CHECK #992798 | 1129-000 | 598.13 | | 15,310.73 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 15,310.84 |
| 12/28/10 | 5 | Aviva Life | Payment of monthly annuity DEPOSIT CHECK #1004263 | 1129-000 | 598.13 | | 15,908.97 |
| | | | Page Subtotals | | 15,908.97 | 0.00 | |

Ver: 17.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-16034 -BL | Trustee Name: | MICHAEL G. BERLAND |
| --- | --- | --- | --- |
| Case Name: | HAWRYSKO, LUCILLE | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******9565 Money Market Account |
| Taxpayer ID No: | *******7328 | | |
| For Period Ending: | 11/22/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 15,909.10 |
| 01/21/11 | 5 | Aviva Life & Annuity | Payment of monthly annuity DEPOSIT CHECK #1010703 | 1129-000 | 598.13 | | 16,507.23 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,507.36 |
| 02/21/11 | 5 | Aviva Life | Monthly payment on annuity DEPOSIT CHECK #1017957 | 1129-000 | 598.13 | | 17,105.49 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 17,105.61 |
| 03/20/11 | 5 | Aviva Life & Annuity | Monthly annuity payment DEPOSIT CHECK #102645 | 1129-000 | 598.13 | | 17,703.74 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,703.88 |
| 04/22/11 | 5 | Aviva Life & Annuity | Payment of monthly annuity DEPOSIT CHECK #1034848 | 1129-000 | 598.13 | | 18,302.01 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 18,302.15 |
| 05/23/11 | 5 | Aviva Life | Payment of anunuity DEPOSIT CHECK #1040902` | 1129-000 | 598.13 | | 18,900.28 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 18,900.43 |
| 06/16/11 | 5 | Aviva life Insurance | Payment for annuity DEPOSIT CHECK #1048631 | 1129-000 | 598.13 | | 19,498.56 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 19,498.71 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,498.87 |
| 08/01/11 | 5 | Aviva Life & Annuity | Monthly payment of annuity DEPOSIT CHECK #1058805 | 1129-000 | 598.13 | | 20,097.00 |
| 08/22/11 | 5 | Aviva Life & Annuity | Payment of annuity DEPOSIT CHECK #1062741 | 1129-000 | 598.13 | | 20,695.13 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,695.30 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 46.92 | 20,648.38 |
| 09/07/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -21.92 | 20,670.30 |
| 09/25/11 | 5 | Aviva Life & Annuity | Payment of monthly annuity DEPOSIT CHECK #1072438 | 1129-000 | 598.13 | | 21,268.43 |

Page Subtotals  5,384.46  25.00

Ver: 17.03a

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-16034 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | HAWRYSKO, LUCILLE | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******9565 Money Market Account |
| Taxpayer ID No: | *******7328 | | | |
| For Period Ending: | 11/22/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 21,268.60 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 42.59 | 21,226.01 |
| 10/24/11 | 5 | Aviva Life & Annuity | Payment of annuity DEPOSIT CHECK #1077910 | 1129-000 | 598.13 | | 21,824.14 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 21,824.32 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 42.32 | 21,782.00 |
| 11/17/11 | 5 | Aviva Life & Annuity | Payment of monthly amnuity DEPOSIT CHECK #1085962 | 1129-000 | 598.13 | | 22,380.13 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 22,380.31 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 48.23 | 22,332.08 |
| 12/24/11 | 5 | Aviva Life & Annuity | Payment of monthly annuity DEPOSIT CHECK #1095233 | 1129-000 | 598.13 | | 22,930.21 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 22,930.40 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 45.96 | 22,884.44 |
| 01/19/12 | 5 | Aviva Life & Annuity | Payment of monthly annuity DEPOSIT CHECK #1095233 | 1129-000 | 598.13 | | 23,482.57 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 23,482.72 |
| 01/25/12 | | Transfer to Acct #*******4935 | Bank Funds Transfer | 9999-000 | | 23,482.72 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 23,686.82 | 23,686.82 | 0.00 |
| Less: Bank Transfers/CD's | | 10,522.13 | 23,482.72 | |
| Subtotal | | 13,164.69 | 204.10 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 13,164.69 | 204.10 | |

Page Subtotals  2,393.39  23,661.82

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 07-16034 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | HAWRYSKO, LUCILLE | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******9566 Checking Account |
| Taxpayer ID No: | *******7328 | | |
| For Period Ending: | 11/22/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals   0.00   0.00

Ver: 17.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit 9

| Case No: | 07-16034 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | HAWRYSKO, LUCILLE | | Bank Name: | JPMorgan Chase Bank, N.A. |
| | | | Account Number / CD #: | *******9565 Money Market Account |
| Taxpayer ID No: | *******7328 | | | |
| For Period Ending: | 11/22/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/17/08 | 5 | Aviva Life Insurance | Payment of annuity<br>DEPOSIT CHECK #716823 | 1129-000 | 598.13 | | 598.13 |
| 04/30/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.02 | | 598.15 |
| 05/05/08 | 5 | Aviva Life insurance | Payament of annuity<br>DEPOSIT CHECK #720693 | 1129-000 | 598.13 | | 1,196.28 |
| 05/30/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.13 | | 1,196.41 |
| 06/02/08 | 5 | Aviva Life insurance | Payment of monthly annuity<br>DEPOSIT CHECK #73701 | 1129-000 | 598.13 | | 1,794.54 |
| 06/25/08 | 5 | Aviva Life Insurance | Payment of monthly annuity<br>DEPOSIT CHECK #738907 | 1129-000 | 598.13 | | 2,392.67 |
| 06/30/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.22 | | 2,392.89 |
| 07/29/08 | 5 | Aviva Life Insurance | Payment of annuity<br>DEPOSIT CHECK #747082 | 1129-000 | 598.13 | | 2,991.02 |
| 07/31/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.30 | | 2,991.32 |
| 08/29/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.35 | | 2,991.67 |
| 09/10/08 | 5 | Aviva Life Insurance | Payment of monthly annuity<br>DEPOSIT CHECK #764245 | 1129-000 | 598.13 | | 3,589.80 |
| 09/22/08 | 5 | Aviva Life Insurance | Annuity payment<br>DEPOSIT CHECK #767475 | 1129-000 | 598.13 | | 4,187.93 |
| 09/30/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.45 | | 4,188.38 |
| 10/27/08 | 5 | Aviva Life Insurance | Payment of monthly annuity<br>DEPOSIT CHECK #778455 | 1129-000 | 598.13 | | 4,786.51 |
| 10/31/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.46 | | 4,786.97 |
| 11/24/08 | 5 | Aviva Life insurance | Payment of monthly annuity<br>DEPOSIT CHECK #785758` | 1129-000 | 598.13 | | 5,385.10 |
| 11/28/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.38 | | 5,385.48 |
| 12/22/08 | 5 | Avive Life | Payment of annuity<br>DEPOSIT CHECK #795136 | 1129-000 | 598.13 | | 5,983.61 |
| | | | Page Subtotals | | 5,983.61 | 0.00 | |

Ver: 17.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page: 6
Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-16034 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | HAWRYSKO, LUCILLE | | Bank Name: | JPMorgan Chase Bank, N.A. |
| | | | Account Number / CD #: | *******9565  Money Market Account |
| Taxpayer ID No: | *******7328 | | | |
| For Period Ending: | 11/22/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/23/08 | 001001 | Grochocinski, Grochocinski & Lloyd | Payment of attorney fee per court order | 3210-600 | | 3,937.50 | 2,046.11 |
| 12/31/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.37 | | 2,046.48 |
| 01/23/09 | 5 | Aviva Life insurance | Payment of monthly annuity DEPOSIT CHECK #805774 | 1129-000 | 598.13 | | 2,644.61 |
| 01/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 2,644.69 |
| 02/24/09 | 5 | Aviva Life | Payment of annuity DEPOSIT CHECK #815997 | 1129-000 | 598.13 | | 3,242.82 |
| 02/27/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.10 | | 3,242.92 |
| 03/23/09 | 5 | Aviva Life | Payment of monthly annuity DEPOSIT CHECK #824599 | 1129-000 | 598.13 | | 3,841.05 |
| 03/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.14 | | 3,841.19 |
| 04/13/09 | 001002 | Gloria Longest | Payment for preparation fo tax returns | 3410-000 | | 500.00 | 3,341.19 |
| 04/21/09 | 5 | Aviva Life Insurance | Payment of monthly annuity DEPOSIT CHECK #834881 | 1129-000 | 598.13 | | 3,939.32 |
| 04/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 3,939.47 |
| 05/26/09 | 5 | Aviva Life | Payment of annuity DEPOSIT CHECK #842888 | 1129-000 | 598.13 | | 4,537.60 |
| 05/29/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 4,537.75 |
| 06/18/09 | 5 | Aviva Life | Payment of annuity DEPOSIT CHECK #850311 | 1129-000 | 598.13 | | 5,135.88 |
| 06/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 5,136.08 |
| 07/23/09 | 5 | Aviva Life Insurance | Payment of monthly annuity DEPOSIT CHECK #862238 | 1129-000 | 598.13 | | 5,734.21 |
| 07/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 5,734.43 |
| 08/20/09 | 5 | Aviva Life | Payment of annuity DEPOSIT CHECK #868730` | 1129-000 | 598.13 | | 6,332.56 |
| 08/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.24 | | 6,332.80 |
| | | | Page Subtotals | | 4,786.69 | 4,437.50 | |

Ver: 17.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

Page: 7

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-16034 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | HAWRYSKO, LUCILLE | | Bank Name: | JPMorgan Chase Bank, N.A. |
| | | | Account Number / CD #: | *******9565 Money Market Account |
| Taxpayer ID No: | *******7328 | | | |
| For Period Ending: | 11/22/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/21/09 | 5 | Aviva Life Insurance | Payment of monthly annuity DEPOSIT CHECK #878565 | 1129-000 | 598.13 | | 6,930.93 |
| 09/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.26 | | 6,931.19 |
| 10/27/09 | 5 | Aviva Life Insurance | Payment of monthy annuity DEPOSIT CHECK #886065 | 1129-000 | 598.13 | | 7,529.32 |
| 10/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.28 | | 7,529.60 |
| 11/20/09 | 5 | Aviva Life Insurance | Payment of annuity DEPOSIT CHECK #893866 | 1129-000 | 598.13 | | 8,127.73 |
| 11/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.32 | | 8,128.05 |
| 12/18/09 | 5 | Aviva Life & Annuity Company | Payment of annuity DEPOSIT CHECK #904100 | 1129-000 | 598.13 | | 8,726.18 |
| 12/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.35 | | 8,726.53 |
| 01/25/10 | 5 | Aviva Life | Payment of annuity DEPOSIT CHECK #912671 | 1129-000 | 598.13 | | 9,324.66 |
| 01/29/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.34 | | 9,325.00 |
| 02/18/10 | 5 | Aviva Life | Payment of monthy disability DEPOSIT CHECK #919765 | 1129-000 | 598.13 | | 9,923.13 |
| 02/26/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.35 | | 9,923.48 |
| 03/19/10 | 5 | Aviva Life | Payment of monthly annuity DEPOSIT CHECK #598.13 | 1129-000 | 598.13 | | 10,521.61 |
| 03/31/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.45 | | 10,522.06 |
| 04/06/10 | INT | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% JPMORGAN CHASE BANK, N.A. | 1270-000 | 0.07 | | 10,522.13 |
| 04/06/10 | | Wire out to BNYM account 000171209565 | Wire out to BNYM account 000171209565 | 9999-000 | | 10,522.13 | 0.00 |

Page Subtotals    4,189.33    10,522.13

Ver: 17.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 2

Page: 8

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-16034 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | HAWRYSKO, LUCILLE | Bank Name: | JPMorgan Chase Bank, N.A. |
| | | Account Number / CD #: | *******9565  Money Market Account |
| Taxpayer ID No: | *******7328 | | |
| For Period Ending: | 11/22/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 14,959.63 | 14,959.63 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 14,959.63 | 14,959.63 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 14,959.63 | 14,959.63 | |

Page Subtotals        0.00        0.00

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

FORM 2

Page: 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 07-16034 -BL |
| Case Name: | HAWRYSKO, LUCILLE |
| Taxpayer ID No: | *******7328 |
| For Period Ending: | 11/22/13 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | JPMorgan Chase Bank, N.A. |
| Account Number / CD #: | *******9566  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals        0.00        0.00

Ver: 17.03a

FORM 2

Page: 10

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 07-16034 -BL |
| Case Name: | HAWRYSKO, LUCILLE |
| Taxpayer ID No: | *******7328 |
| For Period Ending: | 11/22/13 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******4935  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******9565 | Bank Funds Transfer | 9999-000 | 23,482.72 | | 23,482.72 |
| 02/16/12 | 5 | Aviva Life & Annuity | Payment of monthly annuity | 1129-000 | 598.13 | | 24,080.85 |
| 03/16/12 | 5 | Aviva Life & Annuity | Payment of monthly annuity | 1129-000 | 598.13 | | 24,678.98 |
| 04/23/12 | 5 | Aviva Liife & Annuity | | 1129-000 | 598.13 | | 25,277.11 |
| 05/18/12 | 5 | Aviva Life & annuity | | 1129-000 | 598.13 | | 25,875.24 |
| 06/18/12 | 5 | Aviva Life & Annuity | | 1129-000 | 598.13 | | 26,473.37 |
| * 06/18/12 | 001001 | Lucille Harwrysco | Payment of exemption | 8100-003 | | 3,000.00 | 23,473.37 |
| * 06/18/12 | 001002 | Lucille Hawrysco | | 8100-003 | | 3,000.00 | 20,473.37 |
| * 06/21/12 | 001001 | Lucille Harwrysco | Payment of exemption | 8100-003 | | -3,000.00 | 23,473.37 |
| | | | Used check 1002 and reversed check 1001 | | | | |
| 07/20/12 | 5 | Aviva Life & Annuity | | 1129-000 | 598.13 | | 24,071.50 |
| 08/16/12 | 5 | Aviva Life & Annuity | | 1129-000 | 598.13 | | 24,669.63 |
| * 09/12/12 | 001002 | Lucille Hawrysco | VOID | 8100-003 | | -3,000.00 | 27,669.63 |
| 12/13/12 | 001003 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL  60602 | Chapter 7 Compensation/Fees | 2100-000 | | 3,580.54 | 24,089.09 |
| 12/13/12 | 001004 | Lucille Hawrysco | Debtor Exemptions | 8100-002 | | 3,000.00 | 21,089.09 |
| 12/13/12 | 001005 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany, OH  43054-3025 | Claim 1, Payment 100.00000% | 7100-000 | | 9,691.40 | 11,397.69 |
| 12/13/12 | 001006 | LVNV Funding LLC iasassignee of Citibank,<br>Resurgent Capital<br>PO Box 10587<br>Greenville, SC  29603-0587 | Claim 2, Payment 100.00000% | 7100-000 | | 2,505.29 | 8,892.40 |
| 12/13/12 | 001007 | Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL  33131 | Claim 3, Payment 100.00000% | 7100-000 | | 1,033.03 | 7,859.37 |
| | | | Page Subtotals | | 27,669.63 | 19,810.26 | |

Ver: 17.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 18)*

FORM 2

Page: 11

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-16034 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | HAWRYSKO, LUCILLE | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******4935 Checking Account |
| Taxpayer ID No: | *******7328 | | |
| For Period Ending: | 11/22/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/13/12 | 001008 | Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | Claim 4, Payment 100.00000% | 7100-000 | | 2,300.32 | 5,559.05 |
| 12/13/12 | 001009 | eCAST Settlement Corporation assignee of<br>HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark, NJ 07193-5480 | Claim 5, Payment 100.00000% | 7200-000 | | 757.74 | 4,801.31 |
| 12/13/12 | 001010 | LUCILLE HAWRYSKO<br>617 JOANNE DRIVE<br>MINOOKA, IL 60447 | Surplus Funds | 8200-002 | | 1,005.86 | 3,795.45 |
| 06/06/13 | 001011 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 1, Payment 23.30252% | 7990-000 | | 2,258.34 | 1,537.11 |
| 06/06/13 | 001012 | LVNV Funding LLC iasassignee of Citibank,<br>Resurgent Capital<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 2, Payment 23.30229% | 7990-000 | | 583.79 | 953.32 |
| 06/06/13 | 001013 | Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | Claim 3, Payment 23.30232% | 7990-000 | | 240.72 | 712.60 |
| 06/06/13 | 001014 | Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | Claim 4, Payment 23.30241% | 7990-000 | | 536.03 | 176.57 |
| 06/06/13 | 001015 | eCAST Settlement Corporation assignee of<br>HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark, NJ 07193-5480 | Claim 5, Payment 23.30219% | 7990-000 | | 176.57 | 0.00 |

Page Subtotals 0.00 7,859.37

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 19)

Page: 12

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 07-16034 -BL |
| Case Name: | HAWRYSKO, LUCILLE |
| Taxpayer ID No: | *******7328 |
| For Period Ending: | 11/22/13 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******4935  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 27,669.63 | 27,669.63 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 23,482.72 | 0.00 | |
| | | | Subtotal | | 4,186.91 | 27,669.63 | |
| | | | Less:  Payments to Debtors | | | 4,005.86 | |
| | | | Net | | 4,186.91 | 23,663.77 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account - ********9565 | 13,164.69 | 204.10 | 0.00 |
| Checking Account - ********9566 | 0.00 | 0.00 | 0.00 |
| Money Market Account - ********9565 | 14,959.63 | 14,959.63 | 0.00 |
| Checking Account - ********9566 | 0.00 | 0.00 | 0.00 |
| Checking Account - ********4935 | 4,186.91 | 23,663.77 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 32,311.23 | 38,827.50 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 17.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 20)*